UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

KAREN R. SCHIFF,                                         CASE NO. 21-18958-MAM
                                                         CHAPTER 13

    Debtor.
_____/

### MOTION TO DEEM MORTGAGE PAYMENTS
### TO U.S. BANK TRUST, N.A., AS TRUSTEE CURRENT

**COMES NOW**, the Debtor, Karen Schiff, by and through her undersigned counsel, and files this motion to deem her mortgage payments to U.S. Bank Trust, N.A., as Trustee Current, and states:

1. The debtor filed her Chapter 13 bankruptcy case on September 17, 2021.
2. The Court issued its Order Confirming the third amended Chapter 13 plan on March 17, 2022.
3. On January 13, 2022, U.S. Bank Trust N.A., as Trustee filed a proof of claim (Poc#3), and a Notice of Appearance was filed by Christophal Calvin Hellewell on behalf of the creditor.
4. All funds necessary to pay the creditor have been paid by the Debtor through her Chapter 13 bankruptcy plan.

**WHEREFORE** the debtor respectfully requests this Honorable Court enter an Order deeming her mortgage payments to U.S. Bank Trust, N.A., as Trustee Current, on her homestead real property, as current through the discharge date of this Chapter 13 case.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished electronically to all interested parties this 19th day of May, 2022.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

/s/ Brian K. McMahon

---

BRIAN K. MCMAHON, P.A.
1401 Forum Way 6th Floor
West Palm Beach, FL. 33401
Tel (561) 478-2500
Fax (561) 478-3111
FL Bar No. 853704