

ORDERED in the Southern District of Florida on June 8, 2022.

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

IN RE:

KAREN R. SCHIFF,                                                  CASE NO. 21-18958-MAM
                                                                              CHAPTER 13
      Debtor
_____/

### ORDER GRANTING MOTION TO
### DEEM MORTGAGE PAYMENTSTO U.S. BANK TRUST, N.A., AS TRUSTEE CURRENT

**THIS CASE** came on the chapter 13 consent calendar on June 2, 2022 on the Debtor's Motion to Deem Payments to U.S. Bank Trust, N.A., as Trustee Current [DE#60], and there being no objection to the motion, it is

**ORDERED AND ADJUDGED** that:

1. Debtor's Motion to Determine Debtor Current with U.S. Bank Trust, N.A., as Trustee is **GRANTED**.

2. All funds necessary to pay have been paid by the debtor through May 31, 2022.

3. All post confirmation payments will be paid directly by the debtor.

###

Submitted by:

BRIAN K MCMAHON, P.A.
1401 Forum Way 6th Floor
West Palm Beach, FL. 33401
Telephone: 561/478-2500
Facsimile: 561/478-3111
email: briankmcmahon@gmail.com


Brian K McMahon Esquire is directed to serve all parties of interest and file a Certificate of Service.